AO 440 (Revised 06/12) Summons in A Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### ANDERSON DIVISION

| | |
|---|---|
| ANDERSON CHAMBER OF COMMERCE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MANCE, <br><br> Defendant. | 8-16-cv-3948-TMC |

### SUMMONS IN A CIVIL ACTION

**TO:**     Michael Mance
312 Lone Oak Road
Anderson, S.C.  29621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Bernie W. Ellis
Douglas W. Kim
Reggie Gay
McNair Law Firm, P.A.
Post Office Box 447
Greenville, SC 29602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You must file your answer or motion with the court.

*Clerk of Court*

Date:   December 20, 2016

s/Kay McAlister
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

Service of the Summons and Complaint was made by me[1]    DATE

NAME OF SERVER (PRINT)                                      TITLE

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____


☐    Other (specify): _____


## STATEMENT OF SERVICE FEES

TRAVEL                SERVICES                              TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                    Signature of Server

                                     _____
                                            Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.